# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ETHAN RICHARD STEPHENS

VERSUS

KRISTIE ANNE STEPHENS

NO.   2025 CW 1090

**FEBRUARY 9, 2026**

---

In Re:   Kristie Anne Stephens and Richard Ducote, Esq., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201910576.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.